Fill in this information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | Corey | Stamps | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): 13 B 47605

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[✓] **Denied.** The debtor must pay the $306 filing fee according to the following terms:

| | You must pay... | On or before this date... |
|---|---|---|
| | $ 76.50 | 01/10/2014 Month / day / year |
| | $ 76.50 | 02/10/2014 Month / day / year |
| | $ 76.50 | 03/10/2014 Month / day / year |
| + | $ 76.50 | 04/10/2014 Month / day / year |
| Total | $ 306.00 | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____
   Month / day / year                                         Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

12/19/2013                              By the court: _Pamela S Hollis_____
Month / day / year                                        United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:    13 B 47605
Case Name:      **Corey Stamps**

I, Steven P. Beckerman, Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 19th day of December, 2013, I caused to be served via the Court's Electronic Notification or via First Class mail (**) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated December 19, 2013

to each of the following named individuals:

**Corey Stamps (**)**
1334 W Van Buren Ave
Chicago, IL 60610

**Gregg Szilagyi**
542 South Dearborn Street
Suite 1400
Chicago, IL 60605

**Patricik S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

_/s/ Steven P. Beckerman_
Steven P. Beckerman
Courtroom Deputy